# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-05106-SVW-SK | Date | July 30, 2018 |
|---|---|---|---|
| Title | Eduardo Chavez v. Smurfit Kappa North America LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jill Parker | Curtis A. Graham |
| | Michelle Rapoport |

**Proceedings:** NEW CASE STATUS CONFERENCE
[10] MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff
[12] MOTION to Strike Portions of Defendant's Answer filed by Plaintiff

Hearing and conference held. The motion to remand [10] is denied.

The following schedule is set:

Filing of Motion for Class Certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 9, 2018
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 16, 2018
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 23, 2018

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 19, 2018 at 1:30 p.m.

The Court grants the defendant leave for file an amended answer by August 9, 2018.

| | : | 10 |
|---|---|---|
| | Initials of Preparer | PMC |