# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-05106-SVW-SK | Date | January 23, 2020 |
|---|---|---|---|
| Title | Eduardo Chavez v. Smurfit Kappa North America LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Anne Kielwasser | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jill Jessica Parker | Curtis Alan Graham |
| | Michelle Rapoport |

**Proceedings:** [79] MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff; MOTION IN LIMINE to Exclude Witnesses Not Previously Identified and/or Disclosed filed by Plaintiff

Hearing held. The motion is denied. The Court orders that the deposition of the plaintiff be filed at the conclusion of the hearing.

The Court grants the Motion for Judgment on the Pleadings as to As To The Fifth Cause of Action [76].

Order to issue.

| | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | PMC | |