UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-05106-SVW-SK | Date | March 6, 2020 |
|---|---|---|---|
| Title | Eduardo Chavez v. Smurfit Kappa North America LLC et al | | |

## JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER re CLOSING CASE

Pursuant to this Court's previous Order [90], given the parties' notice of settlement and their failure to file a joint stipulation of dismissal within 30 days, the Court closes this case.

                                                                                              :
                                                                        Initials of Preparer    PMC