1  Edwin Aiwazian (Cal. State Bar No. 232943)
       *edwin@lfjpc.com*
2  Arby Aiwazian (Cal. State Bar No. 269827)
       *arby@lfjpc.com*
3  Jill J. Parker (Cal. State Bar No. 274230)
       *jill@lfjpc.com*
4  Kenyon Harbison (Cal. State Bar No. 260416)
       *kenyon@lfjpc.com*
5  **LAWYERS *for* JUSTICE, PC**
   410 West Arden Avenue, Suite 203
6  Glendale, California 91203
   Telephone:   (818) 265-1020
7  Facsimile:    (818) 265-1021

8  *Attorneys for* Plaintiff Eduardo Chavez

10  Curtis A. Graham, Bar No. 215745
        *cagraham@littler.com*
11  Ian T. Maher, Bar No. 280746
        *imaher@littler.com*
12  **LITTLER MENDELSON, P.C.**
    633 West 5th Street, 63rd Floor
    Los Angeles, CA 90071
13  Telephone: 213.443.4300

14  *Attorneys for* Defendant Smurfit Kappa North America LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CHAVEZ, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SMURFIT KAPPA ORANGE COUNTY LLC, an unknown business entity; SMURFIT KAPPA NORTH AMERICA LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:18-cv-05106-SVW-SK<br><br>Honorable Stephen V. Wilson<br><br>**STIPULATED REQUEST FOR ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Complaint Filed:   April 19, 2018<br>Trial Date:           None |

**STIPULATED REQUEST FOR ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

Plaintiff Eduardo Chavez ("Plaintiff") and Defendant Smurfit Kappa North America LLC (formally known as and erroneously sued as Smurfit Kappa Orange County LLC) ("Defendant") (collectively, the "Parties" and individually "Party"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS,** on April 19, 2018, Plaintiff commenced the above-captioned action as a putative wage-and-hour class action against Defendant, in the Superior Court of California for the County of Los Angeles ("the Action");

**WHEREAS**, Defendant removed the Action on June 8, 2018 to the United States District Court, Central District, and the case was assigned Case Number 2:18-cv-05106-SVW-SK;

**WHEREAS,** the Court has issued multiple orders dismissing with prejudice multiple claims of Plaintiff (Dkt. Nos. 32, 65, and 88) and based thereon, Plaintiff abandoned his pursuit of certain claims in the Action (Dkt. Nos. 69 and 70-1), leaving only Plaintiff's individual claims in the Second Cause of Action for unpaid meal period premiums, Third Cause of Action for unpaid rest period premiums, Ninth Cause of Action for unreimbursed expenses, and Tenth Cause of Action for unfair competition as remaining claims in the Action;

**WHEREAS,** the Parties have agreed to dismiss without prejudice the remaining claims of Plaintiff in the Action;

**WHEREAS,** Plaintiff and Plaintiff's counsel are not receiving any payment, fees, or costs for dismissing the above-captioned action;

**WHEREFORE, ADDITIONALLY,** the Parties, through their counsel of record, stipulate as follows and respectfully request that the Court, pursuant to Fed. R. Civ. P. 41(a), order that:

1. The remaining claims in the Action be dismissed without prejudice; and

///

///

2. Each Party bear its own fees and costs.

**IT IS SO STIPULATED:**

Dated: March 4, 2020        **LAWYERS *for* JUSTICE, PC**

/s/ Edwin Aiwazian
Edwin Aiwazian
*Attorneys for* Plaintiff Eduardo Chavez

Dated: March 4, 2020        **LITTLER MENDELSON, P.C.**

/s/ Curtis A. Graham
Curtis A. Graham
*Attorneys for* Defendant Smurfit Kappa North America LLC

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2
**STIPULATED REQUEST FOR ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**