LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CHAVEZ, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SMURFIT KAPPA ORANGE COUNTY LLC, an unknown business entity; SMURFIT KAPPA NORTH AMERICA LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-05106-SVW-SK<br><br>Honorable Stephen V. Wilson<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Complaint Filed:  April 19, 2018<br>Trial Date:  None |

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**

# [PROPOSED] ORDER

Pursuant to the Stipulated Request for Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a), and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The remaining claims of Plaintiff in the above-captioned action against Defendant are dismissed without prejudice; and

2. Each party in the above-captioned action is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: _____March 16_____, 2020          _____
                                          Hon. Judge Stephen V. Wilson